IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02173-JLK-BNB

SARAH GOLD,

Plaintiff,

v.

GINA V. MCMAHAN,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that plaintiff's **Motion to Direct Defendant to Provide Contact Number for Telephonic Status Conference** [Doc. # 51, filed 2/19/2008] is DENIED AS MOOT, the status conference having occurred as scheduled.

DATED: February 26, 2008