IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02173-JLK-BNB

SARAH GOLD,

Plaintiff,

v.

GINA V. MCMAHAN,

Defendant.
_____

## ORDER
_____

Following a telephone settlement conference and in an effort to facilitate settlement:

IT IS ORDERED that counsel for the plaintiff shall provide a blank financial disclosure form to the defendant for her completion under oath. The defendant may complete the form and sign it under oath, at her discretion, and submit it to plaintiff's counsel so that it is received by him, if at all, not later than **April 4, 2008**. Thereafter, should the parties believe that further settlement discussions are warranted, counsel for the plaintiff shall contact my chambers to schedule another settlement conference.

Dated March 14, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge