**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| THE ESTATE OF SARAH GOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | Civil Action No. 06-CV-2173-JLK-BNB |
| ) | |
| GINA McMAHAN, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S WRIT OF GARNISHMENT**

On August 24, 2021, Plaintiff filed a Writ of Garnishment with Notice of Exemption and Pending Levy to direct the U.S. Marshall or other authorized person to serve the Writ of Garnishment upon Applied Bank, 2200 Concord Pike, Ste. 102, Wilmington, Delaware 19803 for the principal balance of $352,007.61 owed by Defendant Gina McMahan of 1734 Stable View Dr., Castle Pines, Colorado 80108 [#106]. The Writ was accepted and signed by the Deputy Clerk [#107]. The Writ was not served upon Applied Bank. With consent of the Defendant, and without prejudice to Plaintiff's rights to proceed on satisfaction of the judgment, Plaintiff now files this Notice to inform the Court that Plaintiff is withdrawing the previously requested Writ.

DATED: October 1, 2021          Respectfully submitted,

                                STRELLIS FIRM, CHARTERED

                                BY/s/ Jack A. Strellis
                                    JACK A. STRELLIS
                                    115 East Mill Street
                                    Waterloo, IL  62298
                                    (618) 939-3404
                                    (618) 939-3402 (fax)
                                    jstrellis@strellislaw.com
                                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Friday, October 1, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Beverly L. Edwards
The Rocky Mountain Law Group, LLC
8400 E. Prentice Ave., Ste. 1500
Greenwood Village, CO  80111
bedwards@rmlawgrp.com
CO-COUNSEL FOR PLAINTIFF

K. Jamie Buechler, Esq.
Buechler Law Office, LLC
999 18th Street, Suite 1230-S
Denver, CO  80202
jamie@kjblawoffice.com
Sharon@kjblawoffice.com
ATTORNEY FOR DEFENDANT

Further, the undersigned certifies that a copy of the foregoing was served upon the Garnishee, Applied Bank, via electronic mail on Friday, October 1, 2021 at the following address:

Mark Grabarits
VP, Corporate Counsel, Applied Bank
2200 Concord Pike, Ste. 102
Wilmington, Delaware 19803
Mark_Grabarits@rochcap.com
ATTORNEY FOR GARNISHEE

                                                  /s/ Jack A. Strellis
                                                  STRELLIS FIRM, CHARTERED
                                                  115 East Mill Street
                                                  Waterloo, IL  62298
                                                  (618) 939-3404
                                                  (618) 939-3402 (fax)
                                                  jstrellis@strellislaw.com
                                                  ATTORNEYS FOR PLAINTIFF