# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 06-CV-2173-JLK-BNB

ESTATE OF SARAH GOLD, )
As successor to interest of )
Sarah Gold, deceased )
                Plaintiff, )
                 )
v. )
                 )
GINA McMAHAN )
                Defendant. )
                 )

## NOTICE OF WITHDRAW OF DOCUMENTS

GINA McMAHAN, through counsel, files her Notice of Withdrawal of Document, and states as follows:

1. On August 24, 2021, Plaintiff filed a Writ of Garnishment with Notice of Exemption and Pending Levy upon Applied Bank (Docket #106).

2. Counsel for Ms. McMahan advised Plaintiff's Counsel on August 24, 2021 at the Writ of Garnishment was improper as Colorado lacks jurisdiction over Applied Bank and made demand that the Writ of Garnishment be immediately withdrawn.

3. Counsel for Plaintiff refused to withdraw the Writ of Garnishment.

4. On September 17, 2021, Defendant filed her Motion to Quash Writ of Garnishment, Alternatively for Relief from Said Writ (Docket #111).

5. Contemporaneously, Defendant filed a Motion for Sanctions Pursuant to Fed.R.Civ.P. 11(c) (Docket #112).

6. On October 1, 2021, Plaintiff filed its Notice of Withdrawal of Plaintiff's Writ of

        Garnishment.

7.      Based on the foregoing and agreement with Plaintiff's counsel, Defendant hereby withdraws the Motion to Quash Writ of Garnishment, Alternatively for Relief from Said Writ (Docket #111) and Motion for Sanctions Pursuant to Fed.R.Civ.P. 11(c) (Docket #112).

DATED: October 1, 2021.

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/ K. Jamie Buechler*

_____
K. Jamie Buechler, #30906
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
Jamie@Kjblawoffice.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on October 1, 2021, I served by prepaid first class mail [or other acceptable means, i.e. via hand delivery] a copy of the **NOTICE OF WITHDRAW OF DOCUMENTS**, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Via U.S. Mail:

Gina McMahan
1734 Sable View Drive
Castle Pines, CO 80108-9592

Via CM/ECF:

Jack a. Strellis, Esq.
Jstrellis@strellislaw.com

Beverly L. Edwards, Esq.
8400 E. Prentice Ave., Ste. 1500
Greenwood Village, CO 80111
bedwards@rmlawgrp.com

Applied Bank
2200 Concord Pike, Suite 102
Wilmington, DE 19803


              By: */s/ Sharon E. Fox*
                For Buechler Law Office, L.L.C.