IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02173-JLK-KLM

ESTATE OF SARAH GOLD,
As the Successor of Interest to Sarah Gold, Now Deceased,

    Plaintiff,

v.

GINA McMAHAN,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Quash Writ of Garnishment, Alternatively for Relief from Said Writ** [#111] (the "Motion to Quash") and Defendant's **Motion for Sanctions Pursuant to Fed.R.Civ.P. 11(c)** [#112] (the "Motion for Sanctions"). Pursuant to 28 U.S.C. § 636(b) and D.C.COLO.L.CivR 72.1(c), these Motions have been referred to the undersigned for disposition. [#114].

    On October 1, 2021, with the consent of Defendant, Plaintiff filed a Notice of Withdrawal of Plaintiff's Writ of Garnishment [#115]. *See id.* at 1. On the same date, and based on agreement with Plaintiff's counsel, Defendant filed a Notice of Withdraw[al] of Documents [#116], withdrawing her Motion to Quash [#111] and Motion for Sanctions [#112]. The Court construes the Notices [#115m /#116] as Motions to Withdraw the specified documents. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions to Withdraw [#115, #116] are **GRANTED**. The record shall reflect that the Motion to Quash [#111] and the Motion for Sanctions [#112] are **WITHDRAWN** and are no longer pending.

    Dated: October 7, 2021